# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1997

*Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112)*

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Lynn J. | U.S. Court of Federal Claims | 6/22/98 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Article I Nominee | X Nomination, Date _____  ___ Initial ___ Annual ___ Final | 1/1/97 - 6/19/98 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1707 H Street, N.W., 11th Floor Washington, D.C. 20006 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |

## II. AGREEMENTS. *(Reporting individual only, see pp 14-16 of Instructions)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse, see pp 17-24 of Instructions)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| | Employer - United States Department of Housing & Urban Development | $ N/A |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Bush, Lynn J. | Date of Report<br>6/22/98 |
|---|---|---|

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parentheticals "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting: Bush, Lynn J.

Date of Report: 6/22/98

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-54 of instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Crestar Bank | B | Int. | K | T | Exempt | | | | |
| Navy Federal Credit Union | A | Int. | J | T | Exempt | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,601-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Bush, Lynn J. | Date of Report<br>6/22/98 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Lynn J. Bush_____          Date   6/22/98

NOTE   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Digitized by Google

Attachment 2

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 32 | 000 00 | Notes payable to banks—secured | | 0 | 00 |
| U.S. Government securities—add TSP & CSRS schedule Voluntary Contributions | 52 | 000 00 | Notes payable to banks—unsecured | | 0 | 00 |
| Listed securities—add schedule | 0 | 00 | Notes payable to relatives | | 0 | 00 |
| Unlisted securities—add schedule | 0 | 00 | Notes payable to others | | 0 | 00 |
| Accounts and notes receivable: | 0 | 00 | Accounts and bills due | | 0 | 00 |
| Due from relatives and friends | 0 | 00 | Unpaid income tax | | 0 | 00 |
| Due from others | 0 | 00 | Other unpaid tax and interest | | 0 | 00 |
| Doubtful | 0 | 00 | Real estate mortgages payable—add schedule Home Mortgage* | 265 | 000 | 00 |
| Real estate owned—add schedule [Residence] | 300 | 000 00 | Chattel mortgages and other liens payable | | 0 | 00 |
| Real estate mortgages receivable | 0 | 00 | Other debts—itemize: | | 0 | 00 |
| Autos and other personal property | 50 | 000 00 | | | | |
| Cash value—life insurance | 46 | 000 00 | | | | |
| Other assets—itemize: | 0 | 00 | | | | |
| | | | | | | |
| | | | Total liabilities | 265 | 000 | 00 |
| | | | Net Worth | 215 | 000 | 00 |
| Total Assets | 480 | 000 00 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 00 | Are any assets pledged? (Add schedule.) | | NO | |
| On leases or contracts | | 0 00 | Are you defendant in any suits or legal actions? | | NO | |
| Legal Claims | | 0 00 | Have you ever taken bankruptcy? | | NO | |
| Provision for Federal Income Tax | | 0 00 | | | | |
| Other special debt | | 0 00 | | | | |

\* Mortgage held by the Navy Federal Credit Union

Digitized by Google

**972**

## I. BIOGRAPHICAL INFORMATION (PUBLIC)

1.  **Full Name (include any former names used):**

    Edward John Damich

2.  **Address: (List current place of residence and office address(es):**

    **Residence:**    Alexandria, VA

    **Office:**    Committee on the Judiciary
    U.S. Senate, SD-224
    Washington, DC 20510

3.  **Date and Place of Birth:**    June 19, 1948; Pittsburgh, PA

4.  **Marital Status (include maiden name of wife, or husband's name).  List spouse's occupation, employer's name and business address(es):**

    Single,

5.  **Education: List each college and law school you have attended, including dates of attendance, degrees received, and dates degrees were granted.**

    | | |
    |---|---|
    | Columbia University | 1982-83* |
    | School of Law | J.S.D., 1991 |
    | New York, NY | L.L.M., 1983 |

    *I attended classes from 1982-83.  I matriculated from 1982-1991.

    | | |
    |---|---|
    | Catholic University | 1972-76 |
    | School of Law | J.D., 1976 |
    | Washington, DC | |

Digitized by Google

**973**

| | |
|---|---|
| Catholic University<br>School of Philosophy<br>Washington, DC | 1970-71 |
| St. John's University<br>Jamaica, NY | Summer 1970 |
| St. Stephen's College<br>Dover, MA | 1968-70<br>A.B., 1970 |
| Providence College<br>Providence, RI | 1966-68 |

6. **Employment Record: List (by year) all business or professional corporations, companies, firms, or other enterprises, partnerships, institutions, and organizations, nonprofit or otherwise, including firms, with which you were connected as an officer, director, partner, proprietor, or employee since graduation from college.**

Paid Positions (full time):

1995-Present:    Committee on the Judiciary
U.S. Senate
Washington, DC
(Chief Intellectual Property Counsel)

1984-Present:    George Mason University School of Law
Arlington, VA
(Professor of Law)
(On Leave, 1995-Present; 1992-1993)

1992-1993:    Copyright Royalty Tribunal
Washington, DC
(Commissioner)

1976-84:    Delaware Law School of Widener University
Wilmington, DE
(Professor of Law)

Digitized by Google